## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN OVERSIGHT, <br> 1030 15th Street NW, B255 <br> Washington, DC 20005, | ) <br> ) <br> ) <br> ) <br> ) | |
| *Plaintiff,* | ) <br> ) | |
| v. | ) <br> ) | Case No. 25-cv-2845 |
| U.S. DEPARTMENT OF THE INTERIOR, <br> 1849 C Street NW <br> Washington, DC 20240, | ) <br> ) <br> ) <br> ) | |
| NATIONAL PARK SERVICE, <br> 1849 C Street NW <br> Washington, DC 20240, | ) <br> ) <br> ) <br> ) | |
| *Defendants.* | ) <br> ) <br> ) | |

## **COMPLAINT**

*Introduction*

1.      American Oversight brings this action following the Trump Administration's unprecedented and chaotic federalization of the Metropolitan Police Department of Washington, D.C. ("MPD").

2.      Despite federal data showing that violent crime in Washington, D.C. hit a 30-year low, President Trump issued an Executive Order on August 11, 2025, declaring a "crime emergency" in the nation's capital.[1]

---

[1] *See* Press Release, *FBI Releases 2024 Reported Crimes in the Nation Statistics*, FBI, Aug. 5, 2025, https://www.fbi.gov/news/press-releases/fbi-releases-2024-reported-crimes-in-the-nation-statistics; Exec. Order 14,333, 90 Fed. Reg. 39301 (Aug. 11, 2025), *available at* https://www.whitehouse.gov/presidential-actions/2025/08/declaring-a-crime-emergency-in-the-district-of-columbia/.

3.     Notwithstanding the Executive Order's declaration of a "crime emergency," President Trump has been promoting the notion of federalizing Washington D.C. since as far back as his 2024 presidential campaign and the start of his second term in office.[2]

4.     The Executive Order invokes Section 740 of the District of Columbia's Home Rule Act for the first time in history, placing MPD under control of the U.S. Attorney General.[3]

5.     The District of Columbia's Attorney General characterized the President's takeover as "unprecedented, unnecessary, and unlawful"[4] and filed a lawsuit challenging the federal Administration's actions just days later.[5]

6.     Undeterred, President Trump has indicated that his administration's "lawyers are already studying" whether the President can bypass congressional approval and completely overturn home rule of Washington, D.C., long-term.[6]

---

[2] Rachel Treisman, *After an Ex-DOGE Staffer's Assault, Trump Threatens to Federalize D.C. Can He?*, NPR (Aug. 6, 2025, 6:51 PM), https://www.npr.org/2025/08/06/nx-s1-5494526/trump-dc-home-rule-police-doge-attack.

[3] Exec. Order 14,333, 90 Fed. Reg. 39301 (Aug. 11, 2025), *available at* https://www.whitehouse.gov/presidential-actions/2025/08/declaring-a-crime-emergency-in-the-district-of-columbia/; Jacob Knutson, *Trump Deploys National Guard to D.C. While Threatening A Federal Takeover*, Democracy Docket (Aug. 11, 2025), https://www.democracydocket.com/news-alerts/trump-deploys-national-guard-dc-threatens-federal-takeover/.

[4] Jared Gans, *DC Attorney General: Trump Actions 'Unprecedented, Unnecessary, and Unlawful,'* The Hill (Aug. 11, 2025, 2 PM), https://thehill.com/homenews/administration/5446627-schwalb-denounces-trump-police/.

[5] Press Release, DC Attorney General Schwalb Sues to Stop Federal Government Takeover of Metropolitan Police Department, Off. of the Att'y Gen. for the Dist. of Columbia (Aug. 15, 2025), https://oag.dc.gov/release/dc-attorney-general-schwalb-sues-stop-federal.

[6] *See, e.g.*, Vivian Ho et al., *Trump is Threatening to Take Over D.C. Here's What He Can and Can't Do.*, Wash. Post(Aug. 6, 2025), https://www.washingtonpost.com/dc-md-va/2025/08/06/trump-dc-federalize-edward-coristine/; Diana Nerozzi & Steven Nelson, *Trump Takes Control of DC Police, Deploying National Guard in Historic Capital Crime Crackdown – And Warns NYC Could Be Next* (Aug. 11, 4:45 PM), https://nypost.com/2025/08/11/us-news/trump-federalizing-dc-police-deploying-national-guard-in-capital-crime-crackdown/; Irie Sentner, *Trump Places DC Police Under Federal Control, Deploys National Guard*, Politico

7.      In addition to federalizing MPD, President Trump announced plans to deploy over 800 members of the National Guard to Washington, D.C., exerting unprecedented federal control over the district and marking the second time in just three months that the President has deployed the military to an American city over the objections of state and district leaders.[7]

8.      These moves to federalize MPD and deploy National Guard members to Washington, D.C. represent novel exertions of federal power over the district and, according to some, "could expose residents of the nation's capital to unpredictable encounters with a domestically deployed military force."[8]

9.      Even before evaluating the results of such extreme deployments of federal force in Washington, D.C., the President mused about replicating this show of force in other Democratic-run cities across the country if those cities "don't learn their lesson . . . ."[9]

10.     The federal takeover of the capital and the President's threats to expand federal control to other cities have generated voluminous and ongoing media coverage, as the public urgently seeks and deserves more information about the federal government's activities.[10]

---

(Aug. 11, 2025, 10:53 AM), https://www.politico.com/news/2025/08/11/trump-dc-police-federal-control-00502708.

[7] Michelle Stoddart et al., *Trump Puts DC Police Department Under Federal Control, Deploys National Guard*, ABC News (Aug. 11, 2025, 8 PM), https://abcnews.go.com/Politics/trump-hold-news-conference-crime-dc-after-threatening/story?id=124528406; Zoe Sottile et al., *The Legal Battle Over Trump's Use of the National Guard Moves to a California Courtroom*, CNN, Aug. 10, 2025, https://www.cnn.com/2025/08/10/us/california-newsom-trump-national-guard.

[8] Michael Birnbaum & Perry Stein, *Trump Orders Federal Takeover of D.C. Police, Deploys National Guard*, Wash. Post (Aug. 11, 2025),
https://www.washingtonpost.com/politics/2025/08/11/trump-national-guard-dc-crime-crackdown/.

[9] *Trump to Deploy National Guard and Federalize D.C. Police in Crime-Fighting Effort*, NBC News (Aug. 11, 2025, 11:39 AM), https://www.nbcnews.com/politics/trump-administration/live-blog/live-updates-trump-hold-press-event-dc-crime-threatening-federal-takeo-rcna224052.

[10] *See, e.g.*, Eric Schmitt, *U.S. Military Is Preparing to Deploy National Guard in D.C., Official Says*, N.Y. Times (Aug. 11, 2025), https://www.nytimes.com/2025/08/11/us/politics/trump-national-guard-washington-dc.html; Benjamin Weiss, *Trump Mobilizes National Guard,*

11.     On August 12, 2025, American Oversight submitted multiple requests under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking expedited release of records with the potential to shed light on the details, motivations, and legal justifications—or lack thereof—for the administration's alarming expansion of federal power.

12.     In light of the urgent need to inform the public concerning this matter, American Oversight brings this lawsuit to challenge the government's failure to respond to American Oversight's request for expedited processing within the timeframe set by FOIA.

## JURISDICTION AND VENUE

13.     This Court has jurisdiction over this action pursuant to 5 U.S.C. §§ 552(a)(4)(B), 552(a)(6)(E)(iii) and 28 U.S.C. §§ 1331, 2201, and 2202.

14.     Venue is proper in this district pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e)(1).

15.     Defendants have failed to comply with the applicable time-limit provisions of FOIA.

---

*Federalizes DC Police in Crackdown on Crime*, Courthouse News Serv. (Aug. 11, 2025), https://www.courthousenews.com/trump-mobilizes-national-guard-federalizes-dc-police-in-crackdown-on-crime/; Breanne Deppisch, *Trump is Threatening to 'Federalize' DC with National Guard and More. Here's How That Could Play Out*, Fox News (Aug. 11, 9:12 AM), https://www.foxnews.com/politics/trump-threatening-federalize-dc-national-guard-more-heres-how-could-play-out; Mimi Montgomery, *Trump to Deploy National Guard to D.C. and Federalize City Police*, Axios (Aug. 11, 2025), https://www.axios.com/local/washington-dc/2025/08/11/trump-national-guard-dc-police; Meg Anderson & Danielle Kurtzleben, *President Trump Taps Federal Law Enforcement Agencies to Police Washington, D.C.*, NPR (Aug. 9, 2025, 10:18 AM), https://www.npr.org/2025/08/08/g-s1-81755/trump-dc-federal-policing-washington-dc; Kyle Cheney & Josh Gerstein, *What Trump Can — and Can't — Do in His Bid to Take Over Law Enforcement in DC*, Politico (Aug. 11, 2025, 12:13 PM), https://www.politico.com/news/2025/08/11/dc-law-enforcement-national-guard-deployment-00502896; John T. Bennett, *Trump Takes Over MPD, Claiming Crime in District of Columbia is 'Out of Control,'* Roll Call (Aug. 11, 2025, 12:06 PM), https://rollcall.com/2025/08/11/trump-takes-over-mpd-claiming-crime-in-district-of-columbia-is-out-of-control/.

16.     American Oversight is deemed to have exhausted its administrative remedies pursuant to 5 U.S.C. §§ 552(a)(6)(C)(i), 552(a)(6)(E)(iii) and is now entitled to judicial action enjoining Defendants from continuing to withhold department or agency records and ordering the production of department or agency records improperly withheld.

## PARTIES

17.     Plaintiff American Oversight is a nonpartisan, non-profit section 501(c)(3) organization primarily engaged in disseminating information to the public. American Oversight is committed to promoting transparency in government, educating the public about government activities, and ensuring the accountability of government officials. Through research and FOIA requests, American Oversight uses the information gathered, and its analysis of it, to educate the public about the activities and operations of the federal government through reports, published analyses, press releases, and other media. The organization is incorporated under the laws of the District of Columbia.

18.     Defendant U.S. Department of the Interior ("DOI") is a department of the executive branch of the U.S. government headquartered in Washington, DC, and an agency of the federal government within the meaning of 5 U.S.C. § 552(f)(1). DOI has possession, custody, and control of records that American Oversight seeks.

19.     Defendant National Park Service ("NPS") is a component of DOI within the executive branch of the U.S. government headquartered in Washington, DC, and an agency of the federal government within the meaning of 5 U.S.C. § 552(f)(1). NPS has possession, custody, and control of records that American Oversight seeks.

## STATEMENT OF FACTS

20.     On August 12, 2025, American Oversight submitted four FOIA requests to DOI

and NPS seeking records regarding the Trump Administration's federal takeover of MPD.

*DOI Emails Request*

21.    On August 12, 2025, American Oversight submitted a FOIA request to DOI ("DOI Emails Request"), bearing American Oversight tracking number DOI-25-2013, seeking the following records:

> 1.  All email communications (including emails, email attachments, complete email chains, calendar invitations, and calendar invitation attachments) <u>sent by</u> any of the officials listed below, and/or anyone communicating on their behalf, such as an assistant, secretary, and/or scheduler, <u>and</u> containing any of the key terms listed below.
>
> <u>Department of Interior Officials</u>:
> i.     Doug Burgum, Secretary
> ii.    Katharine MacGregor, Deputy Secretary
> iii.   Maureen Foster, Acting Assistant Secretary for Fish and Wildlife and Parks
> iv.    JoDee Hanson, Chief of Staff
> v.     Anyone serving as Director or Assistant Secretary for the Office of Intergovernmental and External Affairs
> vi.    Anyone serving as Senior Advisor to the Secretary
> vii.   Anyone serving on the D.C. Safe and Beautiful Task Force
>
> <u>Key Terms</u>:
> a.     "home rule"
> b.     "section 740"
> c.     "sec 740"
> d.     "sec. 740"
> e.     "§ 740"
>
> In an effort to accommodate your office and reduce the number of potentially responsive records to be processed and produced, American Oversight has limited part 1 of this request to emails <u>sent</u> by the specified individuals. To be clear, however, American Oversight still requests that complete email chains be produced, displaying both sent and received messages. This means that both an individual's response to an email and the initial received message are responsive to this request and should be produced.
>
> 2.  All email communications (including emails, email attachments, complete email chains, calendar invitations, and calendar invitation attachments) <u>between</u> (a) anyone serving on the D.C. Safe and

Beautiful Task Force, and (b) any of the external entities listed below (including the listed email domains), and (c) containing both a key term from Column A and a key term from Column B.

External Entities:
a.    Bureau of Alcohol, Tobacco, Firearms, and Explosives (atf.gov)
b.    Council of the District of Columbia (dccouncil.gov)
c.    D.C. Safe and Beautiful Task Force
d.    Department of Defense (.mil)
e.    Department of Homeland Security (dhs.gov)
f.    Department of Justice (usdoj.gov)
g.    Federal Bureau of Investigation (fbi.gov)
h.    Metropolitan Police Department (dc.gov)
i.    Office of the Mayor of Washington, D.C. (dc.gov)
j.    U.S. House of Representatives (house.gov)
k.    U.S. Marshals Service (usdoj.gov)
l.    U.S. Senate (senate.gov)
m.    White House Office (who.eop.gov)

Key Terms:

| Column A | Column B |
|---|---|
| a.  DC<br>b.  D.C.<br>c.  "District of Columbia" | a.  Homeless<br>b.  unhoused<br>c.  vagrant<br>d.  encampment<br>e.  camp<br>f.  crime<br>g.  criminal<br>h.  violent<br>i.  violence<br>j.  "concealed carry"<br>k.  "fare evasion"<br>l.  "public safety"<br>m.  public-safety<br>n.  beautification<br>o.  "home rule"<br>p.  "section 740"<br>q.  "sec 740"<br>r.  "sec. 740"<br>s.  "§ 740"<br>t.  sanctuary<br>u.  immigrant<br>v.  migrant<br>w.  alien |

| | x.   immigration<br>y.   UOF<br>z.   "use of force"<br>aa. use-of-force |
|---|---|

To clarify, an email between an official serving on the D.C. Safe and Beautiful Task Force and a listed external entity that included both "DC" and "homeless" would be responsive. An email between an official serving on the D.C. Safe and Beautiful Task Force and a listed external entity that included "DC" but did not include any of the terms listed in Column B would not be responsive.

To the extent that your agency has the capacity to run Boolean searches, American Oversight believes the following search string is an example of one that would be most effective in the search for responsive records: "DC" AND ("homeless" OR "unhoused" OR "vagrant," OR "encampment", etc.). American Oversight is available to work with you to construct an appropriate search, based on your search capabilities, to most efficiently identify responsive records.

**For parts 1-2 of this request, please provide all responsive records from March 25, 2025, through the date the search is conducted.**

3.  All email communications (including emails, email attachments, complete email chains, calendar invitations, and calendar invitation attachments) <u>sent by</u> any of the officials listed above in part 1, and/or anyone communicating on their behalf, such as an assistant, secretary, and/or scheduler, <u>and</u> containing any of the key terms listed below.

    <u>Key Terms:</u>
    a.    "National Guard"
    b.    federaliz*
    c.    take over
    d.    takeover
    e.    "DC police"
    f.    "D.C. police"
    g.    "Metropolitan Police"
    h.    MPD
    i.    Bowser
    j.    "Pamela Smith"

    Please note that American Oversight is using the asterisk (*) to designate the standard use of "wildcards" in the search for responsive records. For example, a search for "federaliz*" would return all of the following: federalize, federalized, federalization, etc. If your agency is

unable to search for wildcards, please advise so that we may specifically include the variations that we would like searched.

In an effort to accommodate your office and reduce the number of potentially responsive records to be processed and produced, American Oversight has limited part 3 of this request to emails <u>sent</u> by the specified individuals. To be clear, however, American Oversight still requests that complete email chains be produced, displaying both sent and received messages. This means that both an individual's response to an email and the initial received message are responsive to this request and should be produced.

4. All email communications (including emails, email attachments, complete email chains, calendar invitations, and calendar invitation attachments) <u>between</u> (a) any of the officials listed above in part 1, <u>and</u> (b) any of the external entities listed below (including the listed email domains), <u>and</u> (c) containing any of the key terms listed below.

<u>External Entities</u>:
a.     Bureau of Alcohol, Tobacco, Firearms, and Explosives (atf.gov)
b.     Council of the District of Columbia (dccouncil.gov)
c.     D.C. Safe and Beautiful Task Force
d.     Department of Defense (.mil)
e.     Department of Homeland Security (dhs.gov)
f.     Department of Justice (usdoj.gov)
g.     Federal Bureau of Investigation (fbi.gov)
h.     Metropolitan Police Department (dc.gov)
i.     Office of the Mayor of Washington, D.C. (dc.gov)
j.     U.S. House of Representatives (house.gov)
k.     U.S. Marshals Service (usdoj.gov)
l.     U.S. Senate (senate.gov)
m.     White House Office (who.eop.gov)

<u>Key Terms</u>:
a.     carjack
b.     carjacking
c.     "car jack"
d.     "car jacking"
e.     car-jack
f.     car-jacking
g.     "Big Balls"
h.     Coristine
i.     "National Guard"
j.     federaliz*
k.     take over

      l.      takeover
      m.     "DC police"
      n.     "D.C. police"
      o.     "Metropolitan Police"
      p.     MPD
      q.     gang
      r.     mob

**For parts 3-4 of this request, please provide all responsive records from August 3, 2025, through August 12, 2025.**

22.     A true and correct copy of the DOI Emails Request is attached as Exhibit A, and American Oversight incorporates Exhibit A by reference as though stated fully herein.

23.     Concurrent with its submission of the DOI Emails Request, American Oversight requested that DOI expedite processing of the DOI Emails Request. *See* Ex. A.

24.     In its request for expedited processing, American Oversight cited to multiple current media stories demonstrating the widespread, ongoing public discourse surrounding the federal government's unprecedented act of federalizing MPD. *See id.*

25.     In its request for expedited processing, American Oversight explained that the requested records were urgently needed to inform the ongoing public discourse about the federal government's reasoning and justification for its unprecedented act of federalizing MPD. *See id.*

26.     In its request for expedited processing, American Oversight demonstrated a compelling need for the records sought in the DOI Emails Request. *See id.*

27.     In its request for expedited processing, American Oversight demonstrated that it is primarily engaged in disseminating information. *See id.*

28.     In an August 12, 2025 email ("acknowledgment email"), DOI acknowledged receipt of the DOI Emails Request and assigned it tracking number DOI-2025-008719.

29.     On August 21, 2025, DOI emailed a letter to American Oversight denying its request for expedited processing of the DOI Emails Request.

30.     A true and correct copy of DOI's letter denying American Oversight's request for expedited processing of the DOI Emails Request is attached as Exhibit B, and American Oversight incorporates Exhibit B by reference as though stated fully herein.

31.     DOI's denial of American Oversight's request for expedited processing of the DOI Emails Request is subject to judicial review. 5 U.S.C. § 552(a)(6)(E)(iii).

*DOI Task Force Request*

32.     On August 12, 2025, American Oversight submitted a FOIA request to DOI ("DOI Task Force Request"), bearing American Oversight tracking number DOI-25-2016, seeking the following records:

1.  All records reflecting any actual or projected expenditures and/or budgets associated with the D.C. Safe and Beautiful Task Force, including any associated with the tasks outlined in Executive Order "Making the District of Columbia Safe and Beautiful."[]

    To the extent your office has aggregated records sufficient to show all relevant expenses and costs, such as spreadsheets, American Oversight would accept production of such records as sufficient. To the extent your office does not have an aggregated record of these costs, American Oversight requests records reflecting these costs, such as receipts, invoices, charge card or credit card statements, and reimbursement requests.

2.  All formal or informal final planning documents, reports, memoranda, directives (including informal email communications), or guidance created by, issued to, or otherwise provided to Department of Interior (DOI) regarding or referencing the D.C. Safe and Beautiful Task Force.

3.  All formal or informal final directives (including informal email communications), guidance, protocols, or policies created by, issued to, or otherwise provided to the DOI regarding the removal or cleanup of homeless encampments in the District of Columbia, as directed by the Executive Order "Making the District of Columbia Safe and Beautiful."[]

    For all parts of this request, American Oversight believes your office is in the best position to identify where responsive records are likely to

reside, but believes a reasonable search should include, at a minimum, the Office of the Secretary and the D.C. Safe and Beautiful Task Force.

**For all parts of this request, please provide all responsive records created, issued, or in effect from March 25, 2025, through the date the search is conducted.**

33.    A true and correct copy of the DOI Task Force Request is attached as Exhibit C, and American Oversight incorporates Exhibit C by reference as though stated fully herein.

34.    Concurrent with its submission of the DOI Task Force Request, American Oversight requested that DOI expedite processing of the DOI Task Force Request. *See* Ex. C.

35.    In its request for expedited processing, American Oversight cited to multiple current media stories demonstrating the widespread, ongoing public discourse surrounding the federal government's unprecedented act of federalizing MPD. *See id.*

36.    In its request for expedited processing, American Oversight explained that the requested records were urgently needed to inform the ongoing public discourse about the federal government's reasoning and justification for its unprecedented act of federalizing MPD. *See id.*

37.    In its request for expedited processing, American Oversight demonstrated a compelling need for the records sought in the DOI Task Force Request. *See id.*

38.    In its request for expedited processing, American Oversight demonstrated that it is primarily engaged in disseminating information. *See id.*

39.    In an August 12, 2025 email ("acknowledgment email"), DOI acknowledged receipt of the DOI Task Force Request and assigned it tracking number DOI-2025-008721.

40.    On August 21, 2025, DOI emailed a letter to American Oversight denying its request for expedited processing of the DOI Task Force Request.

41.    A true and correct copy of DOI's letter denying American Oversight's request for

expedited processing of the DOI Task Force Request is attached as Exhibit D, and American

Oversight incorporates Exhibit D by reference as though stated fully herein.

42.    DOI's denial of American Oversight's request for expedited processing of the DOI

Task Force Request is subject to judicial review. 5 U.S.C. § 552(a)(6)(E)(iii).

*NPS Emails Request*

43.    On August 12, 2025, American Oversight submitted a FOIA request to NPS ("NPS

Emails Request"), bearing American Oversight tracking number DOI-NPS-25-2015, seeking the

following records:

> 1. All email communications (including emails, email attachments,
>    complete email chains, calendar invitations, and calendar invitation
>    attachments) <u>sent by</u> any of the officials listed below, and/or anyone
>    communicating on their behalf, such as an assistant, secretary, and/or
>    scheduler, <u>and</u> containing any of the key terms listed below.
>
>    <u>National Park Service Officials</u>:
>    i.     Jessica Bowron, Acting Director
>    ii.    Susan Farinelli, Chief of Staff
>    iii.   Anyone serving as Deputy Director, Congressional and
>           External Relations
>    iv.    Anyone serving on the D.C. Safe and Beautiful Task Force
>
>    <u>Key Terms</u>:
>    a.    "home rule"
>    b.    "section 740"
>    c.    "sec 740"
>    d.    "sec. 740"
>    e.    "§ 740"
>
>    In an effort to accommodate your office and reduce the number of
>    potentially responsive records to be processed and produced,
>    American Oversight has limited part 1 of this request to emails
>    <u>sent</u> by the specified individuals. To be clear, however, American
>    Oversight still requests that complete email chains be produced,
>    displaying both sent and received messages. This means that both
>    an individual's response to an email and the initial received
>    message are responsive to this request and should be produced.

2. All email communications (including emails, email attachments, complete email chains, calendar invitations, and calendar invitation attachments) <u>between</u> (a) anyone serving on the D.C. Safe and Beautiful Task Force, <u>and</u> (b) any of the external entities listed below (including the listed email domains), <u>and</u> (c) containing both a key term from Column A and a key term from Column B.

<u>External Entities</u>:
   a. Bureau of Alcohol, Tobacco, Firearms, and Explosives (atf.gov)
   b. Council of the District of Columbia (dccouncil.gov)
   c. D.C. Safe and Beautiful Task Force
   d. Department of Defense (.mil)
   e. Department of Homeland Security (dhs.gov)
   f. Department of Justice (usdoj.gov)
   g. Federal Bureau of Investigation (fbi.gov)
   h. Metropolitan Police Department (dc.gov)
   i. Office of the Mayor of Washington, D.C. (dc.gov)
   j. U.S. House of Representatives (house.gov)
   k. U.S. Marshals Service (usdoj.gov)
   l. U.S. Senate (senate.gov)
   m. White House Office (who.eop.gov)

<u>Key Terms</u>:

| Column A | Column B |
|---|---|
| a. DC<br>b. D.C.<br>c. "District of Columbia" | a. homeless<br>b. unhoused<br>c. vagrant<br>d. encampment<br>e. camp<br>f. crime<br>g. criminal<br>h. violent<br>i. violence<br>j. "concealed carry"<br>k. "fare evasion"<br>l. "public safety"<br>m. public-safety<br>n. beautification<br>o. "home rule"<br>p. "section 740"<br>q. "sec 740"<br>r. "sec. 740"<br>s. "§ 740"<br>t. sanctuary |

| | u. immigrant |
| | v. migrant |
| | w. alien |
| | x. immigration |
| | y. UOF |
| | z. "use of force" |
| | aa. use-of-force |

To clarify, an email between an official serving on the D.C. Safe and Beautiful Task Force and a listed external entity that included both "DC" and "homeless" would be responsive. An email between an official serving on the D.C. Safe and Beautiful Task Force and a listed external entity that included "DC" but did not include any of the terms listed in Column B would not be responsive.

To the extent that your agency has the capacity to run Boolean searches, American Oversight believes the following search string is an example of one that would be most effective in the search for responsive records: "DC" AND ("homeless" OR "unhoused" OR "vagrant," OR "encampment", etc.). American Oversight is available to work with you to construct an appropriate search, based on your search capabilities, to most efficiently identify responsive records.

**For parts 1-2 of this request, please provide all responsive records from March 25, 2025, through the date the search is conducted.**

3. All email communications (including emails, email attachments, complete email chains, calendar invitations, and calendar invitation attachments) <u>sent by</u> any of the officials listed above in part 1, and/or anyone communicating on their behalf, such as an assistant, secretary, and/or scheduler, <u>and</u> containing any of the key terms listed below.

   <u>Key Terms</u>:
   a. "National Guard"
   b. federaliz*
   c. take over
   d. takeover
   e. "DC police"
   f. "D.C. police"
   g. "Metropolitan Police"
   h. MPD
   i. Bowser

j.   "Pamela Smith"

Please note that American Oversight is using the asterisk (*) to designate the standard use of "wildcards" in the search for responsive records. For example, a search for "federaliz*" would return all of the following: federalize, federalized, federalization, etc. If your agency is unable to search for wildcards, please advise so that we may specifically include the variations that we would like searched.

In an effort to accommodate your office and reduce the number of potentially responsive records to be processed and produced, American Oversight has limited part 3 of this request to emails <u>sent</u> by the specified individuals. To be clear, however, American Oversight still requests that complete email chains be produced, displaying both sent and received messages. This means that both an individual's response to an email and the initial received message are responsive to this request and should be produced.

4.   All email communications (including emails, email attachments, complete email chains, calendar invitations, and calendar invitation attachments) <u>between</u> (a) any of the officials listed above in part 1, <u>and</u> (b) any of the external entities listed below (including the listed email domains), <u>and</u> (c) containing any of the key terms listed below.

<u>External Entities</u>:
a.   Bureau of Alcohol, Tobacco, Firearms, and Explosives (atf.gov)
b.   Council of the District of Columbia (dccouncil.gov)
c.   D.C. Safe and Beautiful Task Force
d.   Department of Defense (.mil)
e.   Department of Homeland Security (dhs.gov)
f.   Department of Justice (usdoj.gov)
g.   Federal Bureau of Investigation (fbi.gov)
h.   Metropolitan Police Department (dc.gov)
i.   Office of the Mayor of Washington, D.C. (dc.gov)
j.   U.S. House of Representatives (house.gov)
k.   U.S. Marshals Service (usdoj.gov)
l.   U.S. Senate (senate.gov)
m.   White House Office (who.eop.gov)

<u>Key Terms</u>:
a.   carjack
b.   carjacking
c.   "car jack"

     d.  "car jacking"
     e.  car-jack
     f.  car-jacking
     g.  "Big Balls"
     h.  Coristine
     i.  "National Guard"
     j.  federaliz*
     k.  take over
     l.  takeover
     m.  "DC police"
     n.  "D.C. police"
     o.  "Metropolitan Police"
     p.  MPD
     q.  gang
     r.  mob

**For parts 3-4 of this request, please provide all responsive records from August 3, 2025, through August 12, 2025.**

44.    A true and correct copy of the NPS Emails Request is attached as Exhibit E, and American Oversight incorporates Exhibit E by reference as though stated fully herein.

45.    Concurrent with its submission of the NPS Emails Request, American Oversight requested that NPS expedite processing of the NPS Emails Request. *See* Ex. E.

46.    In its request for expedited processing, American Oversight cited to multiple current media stories demonstrating the widespread, ongoing public discourse surrounding the federal government's unprecedented act of federalizing MPD. *See id.*

47.    In its request for expedited processing, American Oversight explained that the requested records were urgently needed to inform the ongoing public discourse about the federal government's reasoning and justification for its unprecedented act of federalizing MPD. *See id.*

48.    In its request for expedited processing, American Oversight demonstrated a compelling need for the records sought in the NPS Emails Request. *See id.*

49.    In its request for expedited processing, American Oversight demonstrated that it is primarily engaged in disseminating information. *See id.*

50.     In an August 12, 2025 email ("acknowledgment email"), DOI acknowledged receipt of the NPS Emails Request and assigned it tracking number DOI-2025-008723.

51.     As of the time of this filing, NPS has not issued a notice of determination in response to American Oversight's request for expedited processing of the NPS Emails Request.

52.     As of the time of this filing, NPS has not communicated with American Oversight about the NPS Emails Request other than DOI's August 12, 2025 acknowledgment email.

53.     NPS did not respond to American Oversight's request for expedited processing of the NPS Emails Request within 10 calendar days.

54.     NPS's failure to respond to American Oversight's request for expedited processing of the NPS Emails Request within 10 calendar days is subject to judicial review. 5 U.S.C. § 552(a)(6)(E)(iii).

*NPS Task Force Request*

55.     On August 12, 2025, American Oversight submitted a FOIA request to NPS ("NPS Task Force Request"), bearing American Oversight tracking number DOI-NPS-25-2018, seeking the following records:

> 1.  All records reflecting any actual or projected expenditures and/or budgets associated with the D.C. Safe and Beautiful Task Force, including any associated with the tasks outlined in Executive Order "Making the District of Columbia Safe and Beautiful."[]
>
> To the extent your office has aggregated records sufficient to show all relevant expenses and costs, such as spreadsheets, American Oversight would accept production of such records as sufficient. To the extent your office does not have an aggregated record of these costs, American Oversight requests records reflecting these costs, such as receipts, invoices, charge card or credit card statements, and reimbursement requests.
>
> 2.  All formal or informal final planning documents, reports, memoranda, directives (including informal email communications), or guidance created by, issued to, or otherwise provided to National Park Service

(NPS) regarding or referencing the D.C. Safe and Beautiful Task Force.

3. All formal or informal final directives (including informal email communications), guidance, protocols, or policies created by, issued to, or otherwise provided to the NPS or park rangers regarding the removal or cleanup of homeless encampments in the District of Columbia, as directed by the Executive Order "Making the District of Columbia Safe and Beautiful."[]

For all parts of this request, American Oversight believes your office is in the best position to identify where responsive records are likely to reside, but believes a reasonable search should include, at a minimum, the Office of the Director and the D.C. Safe and Beautiful Task Force.

**For all parts of this request, please provide all responsive records created, issued, or in effect from March 25, 2025, through the date the search is conducted.**

56.    A true and correct copy of the NPS Task Force Request is attached as Exhibit F, and American Oversight incorporates Exhibit F by reference as though stated fully herein.

57.    Concurrent with its submission of the NPS Task Force Request, American Oversight requested that NPS expedite processing of the NPS Task Force Request. *See* Ex. F.

58.    In its request for expedited processing, American Oversight cited to multiple current media stories demonstrating the widespread, ongoing public discourse surrounding the federal government's unprecedented act of federalizing MPD. *See id.*

59.    In its request for expedited processing, American Oversight explained that the requested records were urgently needed to inform the ongoing public discourse about the federal government's reasoning and justification for its unprecedented act of federalizing MPD. *See id.*

60.    In its request for expedited processing, American Oversight demonstrated a compelling need for the records sought in the NPS Task Force Request. *See id.*

61.    In its request for expedited processing, American Oversight demonstrated that it is primarily engaged in disseminating information. *See id.*

62.    In an August 12, 2025 email ("acknowledgment email"), DOI acknowledged receipt of the NPS Task Force Request and assigned it tracking number DOI-2025-008725.

63.    As of the time of this filing, NPS has not issued a notice of determination in response to American Oversight's request for expedited processing of the NPS Task Force Request.

64.    As of the time of this filing, NPS has not communicated with American Oversight about the NPS Task Force Request other than DOI's August 12, 2025 acknowledgment email.

65.    NPS did not respond to American Oversight's request for expedited processing of the NPS Task Force Request within 10 calendar days.

66.    NPS's failure to respond to American Oversight's request for expedited processing of the NPS Task Force Request within 10 calendar days is subject to judicial review. 5 U.S.C. § 552(a)(6)(E)(iii).

*Similar Requests Granted Expedited Processing*

67.    On August 12, 2025, American Oversight submitted a FOIA request to the U.S. Department of Justice ("DOJ Emails Request") and concurrently requested expedited processing of that request.

68.    A true and correct copy of the DOJ Emails Request is attached as Exhibit G, and American Oversight incorporates Exhibit G by reference as though stated fully herein.

69.    The DOJ Emails Request, Ex. G, is substantially similar to the DOI Emails Request, Ex. A, and the NPS Emails Request, Ex. E, in structure, scope, and subject matter sought.

70.    The reasoning underlying the request for expedited processing of the DOJ Emails Request, Ex. G, is substantially similar to the reasoning underlying the requests for expedited processing of the DOI Emails Request, Ex. A, and the NPS Emails Request, Ex. E.

71.    On August 21, 2025, the U.S. Department of Justice granted American Oversight's request for expedited processing of the DOJ Emails Request.

72.    On August 12, 2025, American Oversight submitted a FOIA request to the U.S. Department of Justice ("DOJ Task Force Request") and concurrently requested expedited processing of that request.

73.    A true and correct copy of the DOJ Task Force Request is attached as Exhibit H, and American Oversight incorporates Exhibit H by reference as though stated fully herein.

74.    The DOJ Task Force Request, Ex. H, is substantially similar to the DOI Task Force Request, Ex. C, and the NPS Task Force Request, Ex. F, in structure, scope, and subject matter sought.

75.    The reasoning underlying the request for expedited processing of the DOJ Task Force Request, Ex. H, is substantially similar to the reasoning underlying the requests for expedited processing of the DOI Task Force Request, Ex. C, and the NPS Task Force Request, Ex. F

76.    On August 21, 2025, the U.S. Department of Justice granted American Oversight's request for expedited processing of the DOJ Task Force Request.

*Exhaustion of Administrative Remedies*

77.    As of the time of this filing, DOI improperly denied American Oversight's proper requests for expedited processing of the DOI Emails Request and the DOI Task Force Request.

78.    As of the time of this filing, NPS has not timely responded to American Oversight's proper requests for expedited processing of the NPS Emails Request and the NPS Task Force Request.

79.    As of the time of this filing, Defendants have not issued notices of determinations, produced the requested records, or demonstrated that the requested records are lawfully exempt

from production.

80.     Under 5 U.S.C. § 552(a)(6)(E)(iii), American Oversight is entitled to immediate judicial review with respect to DOI's denial of expedited processing of the DOI Emails Request and the DOI Task Force Request.

81.     Under 5 U.S.C. § 552(a)(6)(E)(iii), American Oversight is entitled to immediate judicial review with respect to NPS's failure to respond within 10 calendar days to its requests for expedited processing of the NPS Emails Request and the NPS Task Force Request.

**COUNT I**
**Violation of FOIA, 5 U.S.C. § 552**
**Failure to Grant Expedited Processing**

82.     American Oversight repeats the allegations in the foregoing paragraphs and incorporates them as though fully set forth herein.

83.     American Oversight properly requested records within the possession, custody, and control of Defendants on an expedited basis.

84.     Defendants are agencies subject to FOIA, and a component thereof, and must process FOIA requests on an expedited basis pursuant to the requirements of FOIA and agency regulations.

85.     The records American Oversight has requested are urgently needed to inform the public about government activities of extraordinary public importance, and American Oversight is primarily engaged in disseminating information to the general public.

86.     Therefore, American Oversight's requests justify expedited processing under FOIA and agency regulations.

87.     American Oversight is therefore entitled to declaratory and injunctive relief requiring Defendants to grant expedited processing of American Oversight's FOIA requests.

## REQUESTED RELIEF

WHEREFORE, American Oversight respectfully requests the Court to:

(1) Order Defendants to grant Plaintiff's request for expedited processing of the FOIA requests identified in this Complaint;

(2) Order Defendants to process Plaintiff's FOIA requests on an expedited basis by providing Plaintiff with a determination and production of non-exempt portions of the requested records as soon as practicable;

(3) Award American Oversight the costs of this proceeding, including reasonable attorneys' fees and other litigation costs reasonably incurred in this action, pursuant to 5 U.S.C. § 552(a)(4)(E); and

(4) Grant American Oversight such other relief as the Court deems just and proper.


Dated: August 25, 2025                         Respectfully submitted,

                                               */s/ Benjamin A. Sparks*
                                               Benjamin A. Sparks
                                               D.C. Bar No. 90020649
                                               AMERICAN OVERSIGHT
                                               1030 15th Street NW, B255
                                               Washington, DC 20005
                                               (202) 873-1741
                                               ben.sparks@americanoversight.org

                                               *Counsel for Plaintiff*