UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>  Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>  Defendants. | Civil Action No. 25-2845 (ABJ) |

**DEFENDANTS' STATUS REPORT**

Pursuant to the Court's order dated January 20, 2026, Defendants Department of the Interior ("DOI") and the National Park Service ("NPS"), by and through undersigned counsel, report to the Court as follows.

1. Plaintiff filed an Amended Complaint on December 18, 2025, withdrawing claims based on expedited processing requests and substituting in their place claims based on four FOIA requests, referred to in the Amended Complaint as the DOI Emails Request, the DOI Task Force Request, the NPS Emails Request and the NPS Task Force Request. By email dated January 20, 2026, Plaintiff agreed that, with one exception, DOI and NPS could treat as non-responsive items appearing in the search results identified in an email from undersigned counsel to Plaintiff's counsel dated January 13, 2026.

2. As to the status of the four requests, DOI and NPS report as follows:

   - DOI Emails Request (2025-008719): DOI's Office of the Secretary (OS) has located approximately 38 pages responsive to this request. Of those pages, 13 have been sent to an outside agency for consultation. OS is preparing the remaining pages for release to Plaintiff by February 27, 2026.

- DOI Task Force Request (2025-008720): OS is currently conducting searches for this request and anticipates providing additional information regarding processing by the next status report.

- NPS Emails Request (2025-008723): NPS has located approximately 295 pages responsive to this request. NPS is currently reviewing those pages for any applicable withholdings. Once NPS completes its review, it will provide an anticipated date of production.

- NPS Task Force Request (2025-008725): NPS is currently conducting searches for this request and anticipates providing additional information regarding processing by the next status report.

3. Defendants propose that Defendants file a further status report by March 25, 2026.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   /s/ Jeremy S. Simon
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov

*Counsel for Defendant*

2