UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br>Plaintiff,<br>v.<br>DEPARTMENT OF THE INTERIOR, *et al.*,<br>Defendants. | Civil Action No. 25-2845 (ABJ) |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated September 16, 2026, Defendants Department of the Interior ("DOI") and the National Park Service ("NPS"), and Plaintiff American Oversight, by and through undersigned counsel, report to the Court as follows.

1. Plaintiff filed an Amended Complaint on December 18, 2025, withdrawing claims based on expedited processing requests and substituting in their place claims based on four FOIA requests, referred to in the Amended Complaint as the DOI Emails Request, the DOI Task Force Request, the NPS Emails Request and the NPS Task Force Request. By email dated January 20, 2026, Plaintiff agreed that, with one exception, DOI and NPS could treat as non-responsive items appearing in the search results identified in an email from undersigned counsel to Plaintiff's counsel dated January 13, 2026.

2. As to the status of the four requests, DOI and NPS report the following:

- DOI Emails Request (2025-008719): DOI's Office of the Secretary (OS) has located approximately 38 pages responsive to this request. OS previously released 25 of those pages in their entirety to Plaintiff and the remaining 13 pages are with an outside agency for consultation. OS will produce the non-

exempt portion of those pages to Plaintiff upon a response from the consulting agency.

- DOI Task Force Request (2025-008721): OS has completed its additional round of searches based on its review of the responsive records resulting from the initial search. Thus far, OS's searches have returned approximately 15,700 pages of potentially responsive records. OS issued an initial production of records to Plaintiff on September 28, 2026, and is currently processing the remaining potentially responsive records at a rate of 250 pages per month. OS also has made a narrowing proposal to Plaintiff for its consideration.
- NPS Emails Request (2025-008723): NPS located approximately 230 pages responsive to this request after initial review and deduplication. NPS has now completed its consultation with the Office of Public Trust regarding the records and is finalizing the records for production to Plaintiff.
- NPS Task Force Request (2025-008725): NPS has completed its initial searches for this request and anticipates providing additional information regarding processing once it completes its processing of the NPS Emails Request.

3. In light of the above, the parties propose that they file a further status report by January 20, 2027.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *<u>/s/ Jeremy S. Simon</u>*
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney

601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov

*Counsel for Defendant*

And

By: */s/ Benjamin A. Sparks*
Benjamin A. Sparks
D.C. Bar No. 90020649
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 873-1741
ben.sparks@americanoversight.org

*Counsel for Plaintiff*